```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 17070
   JOHN T HARRISON
   ROYALLINE HARRISON                         CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-0115     SSN XXX-XX-3101

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 04/29/2005 and was confirmed 10/12/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 09/03/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
--------------------------------------------------------------------------
FLAGSTAR BANK              CURRENT MORTG       .00            .00             .00
FLAGSTAR BANK              MORTGAGE ARRE  13570.14            .00        13570.14
INTERNAL REVENUE SERVICE   PRIORITY        1837.91            .00          648.91
ILLINOIS COLLECTION SERV   UNSECURED      NOT FILED           .00             .00
ILLINOIS COLLECTION SERV   UNSECURED      NOT FILED           .00             .00
ILLINOIS COLLECTION SERV   UNSECURED      NOT FILED           .00             .00
ILLINOIS COLLECTION SERV   UNSECURED      NOT FILED           .00             .00
ILLINOIS COLLECTION SERV   UNSECURED      NOT FILED           .00             .00
ILLINOIS COLLECTION SERV   UNSECURED      NOT FILED           .00             .00
KCA FINANCIAL SERVICES     UNSECURED      NOT FILED           .00             .00
PARK DANSAN                UNSECURED      NOT FILED           .00             .00
MIDWEST VERIZON WIRELESS   UNSECURED         976.77           .00             .00
VERIZON WIRELESS           UNSECURED      NOT FILED           .00             .00
INTERNAL REVENUE SERVICE   UNSECURED       14575.31           .00             .00
ATTORNEYS SERVING YOU LL   DEBTOR ATTY      1,424.00                     1,424.00
TOM VAUGHN                 TRUSTEE                                         992.95
DEBTOR REFUND              REFUND                                             .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                      RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              16,636.00

PRIORITY                                        648.91
SECURED                                      13,570.14
UNSECURED                                          .00
ADMINISTRATIVE                                1,424.00
TRUSTEE COMPENSATION                            992.95
DEBTOR REFUND                                      .00
                     ---------------        ---------------
TOTALS               16,636.00               16,636.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/22/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE